**Fill in this information to identify the case:**

Debtor 1    Lynn Seifert, fka Lynn Gustafson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number  19-24999

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 7 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 3 / 8 / 2021

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 10/20/2020 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 3/11/2021: Hearing Attendance | (5) | $ 225.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1  Lynn Seifert
         First Name    Middle Name    Last Name

Case number (*if known*) 19-24999

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 4 / 7 / 2021

Print: Molly Slutsky Simons
      First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
         Number          Street
         Loveland, OH 45140
         City          State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

Mike Egan
Bungalow Series IV

**JOHNSON, BLUMBERG & ASSOCIATES, LLC**
**ATTORNEYS AT LAW**
**230 WEST MONROE ST.**
**SUITE 1125**
**CHICAGO, IL 60606**
**312.541.9710**
**312.541.9711 (Fax)**

VIA EMAIL: Invoices@snsc.com

October 20, 2020

SN Servicing Corporation
323 Fifth St.
Eureka, CA 95501

Re: Seifert, Lynn
Loan No.
Property Address: 16502 Willow Walk Dr, Lockport, IL 60441
Date of Referral: 7/5/2018
Our File No./Invoice.: IL 18 60969

## INVOICE

| | | |
|---|---|---|
| Attorneys' Fees: | | $ 150.00 |
| Breakdown of Fees: | | |
| Allowable (R) | $ 150.00 | |
| Attorney's Costs: | | $ 0.00 |
| **TOTAL AMOUNT DUE:** | | **$ 150.00** |

-It was a pleasure representing you in this matter-
Please remit payment to:

**Johnson, Blumberg & Associates, LLC**
**P.O. BOX 71449**
**Chicago, IL 60694**



OK to B

*Per the new FNMA attorney fee schedule and directives stated in FNMA Lender Letter LL-2014-07 issued on 11.17.2014, the allowable attorney fee has increased. This invoice is billed pursuant to the new rates that are now in place and apply to this loan.

Bungalow IV
7349

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com



## SOTTILE & BARILE
ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**INVOICE #**
**DATE** 03/11/2021

**S&B FILE NUMBER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Seifert, Lynn - Hearing Attendance 3.10.2021 - Recoverable | 1 | 225.00 | 225.00 |

BALANCE DUE  $225.00

OK TO PY
W

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-24999 |
| Lynn Seifert, fka Lynn Gustafon | Chapter 13 |
| Debtor | Hon. Judge LaShonda A. Hunt |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 7, 2021, before the hour of 5:00 p.m.

Robert J Hamilton, Debtor's Counsel
rob@halawoffices.com

Glenn B Stearns, Trustee
Stearns_g@lisle13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Lynn Seifert, fka Lynn Gustafon, Debtor
16502 Willow Walk Drive
Lockport, IL 60441

Dated: April 7, 2021

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor